**Adelia Carr, Appellee, v. Melvin Carr, Appellant.**

### Gen. No. 6,297. (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. EDGAR ELDREDGE, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed August 10, 1916.

### Statement of the Case.

Action in forcible detainer by Adelia Carr, plaintiff, against Melvin Carr, defendant, to recover possession of premises leased by plaintiff to defendant. From a judgment for plaintiff, defendant appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

H. L. Richolson and R. A. Green, for appellant.

R. D. Mills, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

## Abstract of the Decision.

1. **Landlord and tenant, § 19*—***when evidence is insufficient to show promise to lease premises for life term.*** In an action of forcible detainer, evidence *held* insufficient to show any promise by plaintiff, lessor of certain lands, that defendant, lessee of such lands, should remain in possession of the leased premises during the plaintiff's lifetime, instead of during the term of the lease only.

2. **Forcible entry and detainer, § 24*—***when making of promise for life term is unavailable as a defense in action against tenant.*** A promise by the lessor of land that the lessee should occupy the premises for a life term which was made prior to or contemporaneous with the making of a written lease for a specified lesser term is unavailable as a defense in an action of forcible detainer for holding over after the expiration of the term of the lease.

3. **Landlord and tenant, § 441*—***what delay to regain possession of premises is insufficient to raise inference of new tenancy.*** The mere fact that a landlord took no steps for three weeks after the expiration of a lease according to its terms to regain possession of the leased premises does not raise an inference of a new tenancy.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.